Sylvester E. HARDING, III, Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 2011–3091.

United States Court of Appeals,
Federal Circuit.

May 16, 2011.

Reconsideration Denied

July 6, 2011.

ON MOTION

ORDER

Sylvester Harding, III moves for summary judgment in this petition for review. The Department of Veterans Affairs opposes Harding's motion.

Summary judgment is not appropriate in a court of appeals. Arguments concerning the merits of a case should be placed in the briefs.

Accordingly,

IT IS ORDERED THAT:

The motion is denied. Harding's brief (form enclosed) is due within 30 days of the date of filing of this order.